STATE of Missouri, Respondent,

v.

Ralph Leo WILKINS, Appellant.

No. WD 34355.

Missouri Court of Appeals,
Western District.

Nov. 15, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 28, 1983.

Application to Transfer Denied
Feb. 15, 1984.

Robert J. Hiler, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Dan Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.

PER CURIAM.

ORDER

This is a direct appeal from a jury conviction for the offense of sodomy, in violation of § 566.060, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.